BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
   Social Security Administration, Region IX
   160 Spear Street, Suite 800
   San Francisco, California 94105
Tel: (415) 977-8938
Fax: (415) 744-0134
E-mail: theophous.reagans@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD EDWARD TRAYNOR,<br><br>           Plaintiff,<br><br>      vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>           Defendant | Case No.: 1:13-CV-01041-BAM<br><br>STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE |

The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until June 1, 2014. Because of illness, absence from the office, and press of other work, Defendant's counsel needs additional time review this case and to respond to Plaintiff Motion. Defendant's counsel makes this request in good faith and apologizes to the Court for the delay. All other dates in the Court's Scheduling Order are extended accordingly.

| | |
|---|---|
| Date: April 18, 2014 | Denise Bourgeois Haley (Authorized via telephone) <br> DENISE BOURGEOIS HALEY <br> Attorney for Plaintiff |
| Dated: April 18, 2014 | BENJAMIN B. WAGNER <br> United States Attorney <br><br> Theophous H. Reagans <br> THEOPHOUS H. REAGANS <br> Special Assistant U.S. Attorney <br><br> Attorneys for Defendant |

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time, to and including June 1, 2014, in which to file an opposition to Plaintiff's Motion for Summary Judgment; and that all other remaining deadlines set forth in the July 10, 2013 Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **April 18, 2014**             /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE